# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

BOOKHAM, INC., a Delaware corporation,

    Plaintiff,

v.

JDS UNIPHASE CORPORATION, a Delaware corporation, AGILITY COMMUNICATIONS, INC., a Delaware corporation, and DOES 1-10,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C 08 01275**

*ADR*
*E-FILING*

TO: (Name and address of defendant)

Christopher DeWees
430 Macarthy Blvd.
Milpitas, CA 95035

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Friel, Jr. (80065)
Jeffrey S. Karr (186372)
Wayne O. Stacy (pro hac pending)
COOLEY GODWARD KRONISH, LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE MAR - 4 2008

Tiffany Salinas-Harwell
(BY) DEPUTY CLERK

NDCAO440