UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOOKHAM, INC.

    Plaintiff(s),

v.

JDS UNIPHASE CORP., et al.,

    Defendant(s).

No. C 08-01275 HRL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____

COOLEY GODWARD KRONISH, LLP

Signature  /s/ THOMAS J. FRIEL, JR.

Counsel for Plaintiff Bookham, Inc.
(Plaintiff, Defendant, or indicate "pro se")