UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Bookham, Inc., a Delaware corporation,<br><br>  Plaintiff,<br> v.<br><br>JDS Uniphase Corporation, a Delaware corporation, et. al.,<br><br>  Defendants.<br>_____/ | No. C08-01275<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for June 24, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **June 27, 2008** at 10:30 a.m. before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on June 20, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

Dated: April 15, 2008         RICHARD W. WIEKING,
                              Clerk of Court


                              /s/*Patty Cromwell*
                              Patty Cromwell
                              Courtroom Deputy for
                              Magistrate Judge Howard R. Lloyd

Case 5:08-cv-01275-RMW     Document 6     Filed 04/15/2008     Page 2 of 2

**United States District Court**
For the Northern District of California

1  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

3  Thomas J. Friel , Jr    tfriel@cooley.com, calendarreq@cooley.com, phennings@cooley.com

6  Jeffrey S. Karr    jkarr@cooley.com, phennings@cooley.com

8  Wayne O. Stacy    wstacy@cooley.com, calendarreq@cooley.com, inghramjl@cooley.com,
9  psauer@cooley.com, vrush@cooley.com