**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
———————————
www.cand.uscourts.gov

Richard W. Wieking                                               General Court Number
Clerk                                                                        408.535.5364


**April 15, 2008**


**CASE NUMBER:  CV 08-01275 HRL**
**CASE TITLE:  BOOKHAM, INC.-v-JDS UNIPHASE CORP, ET AL.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case reassigned

to the **Honorable Ronald M. Whyte** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RMW** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 04/14/08


FOR THE EXECUTIVE COMMITTEE:

_____
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                           Entered in Computer 04/15/08 tsh


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                  Transferor CSA