```
1  COOLEY GODWARD KRONISH LLP
   JEFFREY S. KARR (186372l)
2  (jkarr@cooley.com)
   THOMAS J. FRIEL, JR. (80065)
3  (tfriel@cooley.com)
   Five Palo Alto Square
4  3000 El Camino Real
   Palo Alto, CA  94306-2155
5  Telephone:   (650) 843-5000
   Facsimile:   (650) 857-0663
6
   Attorneys for Plaintiff
7  BOOKHAM, INC.
```

RECEIVED
2008 MAY 20 PM 1: 13
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOOKHAM, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JDSU UNIPHASE CORPORATION, a Delaware corporation, AGILITY COMMUNICATIONS, INC., a Delaware Corporation, and DOES 1-10,<br><br>Defendants. | Case No.  C 08-01275-RMW<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY ORION ARMON *PRO HAC VICE*** |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

ORDER GRANTING APPLICATION FOR
ADMISSION OF ORION ARMON *PRO HAC VICE*
CASE NO. C 08-01275-RMW

1  Orion Armon, an active member in good standing of the bar of Colorado, whose business
2  address and telephone number is 380 Interlocken Crescent, Suite 900, Broomfield, CO 80021
3  (720) 566-4000, having applied in the above-entitled action for admission to practice in the
4  Northern District of California on a *pro hac vice* basis, representing the Plaintiff, Bookham, Inc.
5  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
6  conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac*
7  *vice*. Service of papers upon and communication with co-counsel designated in the application
8  shall constitute notice to the party. All future filing in this action are subject to the requirements
9  contained in General Order No. 45, *Electronic Case Filing*.

11 Dated:_____   _____
                                    Honorable Ronald M. Whyte
12 301004 v1/CO

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

ORDER GRANTING APPLICATION FOR
ADMISSION OF ORION ARMON *PRO HAC VICE*
CASE NO. C 08-01275-RMW