COOLEY GODWARD KRONISH LLP
JEFFREY S. KARR (1863721)
(jkarr@cooley.com)
THOMAS J. FRIEL, JR. (80065)
(tfriel@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Plaintiff
BOOKHAM, INC.

FILED *Feelaid*

2008 MAY 20 P 1: 08

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

CRMW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOOKHAM, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JDSU UNIPHASE CORPORATION, a Delaware corporation, AGILITV COMMUNICATIONS, INC., a Delaware Corporation, and DOES 1-10,<br><br>Defendants. | Case No. C 08-01275-RMW<br><br>**APPLICATION FOR ADMISSION OF WAYNE O. STACY** *PRO HAC VICE* |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

APPLICATION FOR ADMISSION OF
WAYNE O. STACY *PRO HAC VICE*
CASE NO. C 08-01275-RMW

Pursuant to Civil L.R. 11-3, Wayne O. Stacy, an active member in good standing of the bar of Colorado, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Bookham, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am a partner at Cooley Godward Kronish LLP. My office address and the address of the firm in which I practice is 380 Interlocken Crescent, Suite 900, Broomfield, CO 80021-8023. My office telephone number and the telephone number of the firm in which I practice is (720) 566-4000.

2. I received a J.D. from The George Washington University College of Law in 1998.

3. I was admitted to practice in The State of Colorado in 2001. My attorney registration number for the State of Colorado is 032716.

4. I am a member in good standing of the Colorado Bar. No disciplinary or grievance proceedings have been filed against me.

5. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court.

6. Thomas J. Friel, Jr. of Cooley Godward Kronish LLP, designated as lead counsel in this case, is a member in good standing of the bar of this Court and maintains an office within the State of California at Five Palo Alto Square, 4th Fl 3000 El Camino Real Palo Alto, CA 94306-2155 (650) 843-5000.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 19, 2008

Wayne O. Stacy(*pro hac vice*)

301000 v1/CO

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

APPLICATION FOR ADMISSION OF
WAYNE O. STACY *PRO HAC VICE*
CASE NO. C 08-01275-RMW