COOLEY GODWARD KRONISH LLP
JEFFREY S. KARR (1863721)
(jkarr@cooley.com)
THOMAS J. FRIEL, JR. (80065)
(tfriel@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:   (650) 843-5000
Facsimile:   (650) 857-0663

Attorneys for Plaintiff
BOOKHAM, INC.

RECEIVED
2008 MAY 20  PM 1:08
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOOKHAM, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JDSU UNIPHASE CORPORATION, a Delaware corporation, AGILITV COMMUNICATIONS, INC., a Delaware Corporation, and DOES 1-10,<br><br>Defendants. | Case No. C 08-01275-RMW<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY WAYNE O. STACY *PRO HAC VICE*** |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

ORDER GRANTING APPLICATION FOR
ADMISSION OF WAYNE O. STACY *PRO HAC VICE*
CASE NO. C 08-01275-RMW

1  Wayne O. Stacy, an active member in good standing of the bar of Colorado, whose business address and telephone number is 380 Interlocken Crescent, Suite 900, Broomfield, CO 80021 (720) 566-4000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Plaintiff, Bookham, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party. All future filing in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:_____          _____
                                       Honorable Ronald M. Whyte

301005 v1/CO

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.   ORDER GRANTING APPLICATION FOR
ADMISSION OF WAYNE O. STACY *PRO HAC VICE*
CASE NO. C 08-01275-RMW