| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | COOLEY GODWARD KRONISH LLP<br>JEFFREY S. KARR (1863721)<br>(jkarr@cooley.com)<br>THOMAS J. FRIEL, JR. (80065)<br>(tfriel@cooley.com)<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA  94306-2155<br>Telephone:    (650) 843-5000<br>Facsimile:     (650) 857-0663<br><br>Attorneys for Plaintiff<br>BOOKHAM, INC. | RECEIVED<br>2008 MAY 20  PM 1: 13<br>RICHARD W. WIEKING<br>CLERK<br>U.S. DSTRICT COURT<br>NO. DIST. OF CA. S.J.<br><br>*E-FILED - 6/3/08* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOOKHAM, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JDSU UNIPHASE CORPORATION, a Delaware corporation, AGILITV COMMUNICATIONS, INC., a Delaware Corporation, and DOES 1-10,<br><br>Defendants. | Case No.  C 08-01275-RMW<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY ORION ARMON** *PRO HAC VICE* |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

ORDER GRANTING APPLICATION FOR
ADMISSION OF ORION ARMON *PRO HAC VICE*
CASE NO. C 08-01275-RMW

1  Orion Armon, an active member in good standing of the bar of Colorado, whose business
2  address and telephone number is 380 Interlocken Crescent, Suite 900, Broomfield, CO 80021
3  (720) 566-4000, having applied in the above-entitled action for admission to practice in the
4  Northern District of California on a *pro hac vice* basis, representing the Plaintiff, Bookham, Inc.

5  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
6  conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac*
7  *vice*. Service of papers upon and communication with co-counsel designated in the application
8  shall constitute notice to the party. All future filing in this action are subject to the requirements
9  contained in General Order No. 45, *Electronic Case Filing*.

Dated: 6/3/08

*Ronald M. Whyte*
Honorable Ronald M. Whyte

301004 v1/CO

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

ORDER GRANTING APPLICATION FOR
ADMISSION OF ORION ARMON *PRO HAC VICE*
CASE NO. C 08-01275-RMW