| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | COOLEY GODWARD KRONISH LLP<br>JEFFREY S. KARR (1863721)<br>(jkarr@cooley.com)<br>THOMAS J. FRIEL, JR. (80065)<br>(tfriel@cooley.com)<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306-2155<br>Telephone:  (650) 843-5000<br>Facsimile:  (650) 857-0663<br><br>Attorneys for Plaintiff<br>BOOKHAM, INC. |

RECEIVED
2008 MAY 20 PM 1:08
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

*E-FILED - 6/3/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOOKHAM, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JDSU UNIPHASE CORPORATION, a Delaware corporation, AGILITV COMMUNICATIONS, INC., a Delaware Corporation, and DOES 1-10,<br><br>Defendants. | Case No. C 08-01275-RMW<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY WAYNE O. STACY *PRO HAC VICE*** |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

ORDER GRANTING APPLICATION FOR
ADMISSION OF WAYNE O. STACY PRO HAC VICE
CASE NO. C 08-01275-RMW

Wayne O. Stacy, an active member in good standing of the bar of Colorado, whose business address and telephone number is 380 Interlocken Crescent, Suite 900, Broomfield, CO 80021 (720) 566-4000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Plaintiff, Bookham, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party. All future filing in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 6/3/08

*Ronald M. Whyte*
Honorable Ronald M. Whyte

301005 v1/CO

Cooley Godward LLP
Attorneys At Law
San Francisco

1.                    ORDER GRANTING APPLICATION FOR
                      ADMISSION OF WAYNE O. STACY *PRO HAC VICE*
                      CASE NO. C 08-01275-RMW