COOLEY GODWARD KRONISH, LLP
THOMAS J. FRIEL, JR. (80065)
tfriel@cooley.com
JEFFREY S. KARR (186372)
jkarr@cooley.com
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306
Telephone:   (650) 843-5000
Facsimile:    (650) 857-0663

COOLEY GODWARD KRONISH, LLP
WAYNE O. STACY (pro hac vice)
wstacy@cooley.com
ORION ARMON (pro hac vice)
oarmon@cooley.com
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021-8023
Telephone:   (720) 566-4000
Facsimile:    (720) 566-4099

Attorneys for Plaintiff
BOOKHAM, INC., a Delaware Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOOKHAM, INC., a Delaware Corporation,<br><br>             Plaintiff,<br><br>       v.<br><br>JDS UNIPHASE CORPORATION, a Delaware Corporation; AGILITY COMMUNICATIONS, INC., a Delaware Corporation; and DOES 1-10,<br><br>             Defendants. | Case No.  5:08-CV-01275-RMW<br><br>**CORPORATE DISCLOSURE STATEMENT BY BOOKHAM, INC.** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Bookham, Inc. states that no parent or publicly-held corporation owns 10% or more of its stock.

| | | |
|---|---|---|
| 1 | Dated: June 30, 2008 | COOLEY GODWARD KRONISH LLP |
| 2 | | |
| 3 | | */s/ Orion Armon* |
| 4 | | Orion Armon |
| 5 | | Attorneys for Plaintiff<br>BOOKHAM, INC., a Delaware Corporation |

303730 v1/CO