| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| COOLEY GODWARD KRONISH LLP<br>380 INTERLOCKEN CRESCENT SUITE 900<br>BROOMFIELD, CO 80021<br>Telephone No: (720) 566-4008   FAX No. (720) 566-4099 | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court-Northern District Of California |

Plaintiff: BOOKHAM
Defendant: JDS UNIPHASE CORPORATION

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0801275 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS & COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CLERK'S NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONERENCE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES & REASSIGNMENT ORDER TO THE HONERABLE RONALD M. WHYTE.

3. a. Party served: AGILITY COMMUNICATIONS, INC. c/o CT CORPORATION SYSTEM, REGISTERED AGENT
   b. Person served: MARGARET WILSON-PROCESS SPECIALIST

4. Address where the party was served: 818 W. SEVENTH ST. SUITE 200
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jun. 30, 2008 (2) at: 2:25PM

7. **Person Who Served Papers:**   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. BENON DEMIRCHYAN
   b. COUNTRYWIDE PROCESS, LLC
   5437 LAUREL CANYON BLVD. #112
   VALLEY VILLAGE, CA 91607
   c. (818) 980-7378, FAX (818) 980-5358

   d. *The Fee* for Service was: $155.00
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.: 3929
      (iii) County: Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Jun. 30, 2008

(BENON DEMIRCHYAN)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

200870803.cookroco.71836