NATALIE HANLON-LEH (*pro hac vice application pending*)
nhanlon-leh@faegre.com
DAVID J.F. GROSS (*pro hac vice application pending*)
dgross@faegre.com
MARY V. SOOTER (*pro hac vice application pending*)
msooter@faegre.com
TIMOTHY E. GRIMSRUD (*pro hac vice application pending*)
tgrimsrud@faegre.com
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Telephone: 303-607-3500
Facsimile: 303-607-3600

HEATHER N. MEWES (CSB No. 203690)
hmewes@fenwick.com
LAUREN E. WHITTEMORE (CSB No. 255432)
lwhittemore@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: 415-875-2300
Facsimile: 415-281.1350

Attorneys for Plaintiff
JDS Uniphase Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BOOKHAM, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>JDS UNIPHASE CORPORATION, a Delaware corporation;<br>AGILITY COMMUNICATIONS, INC., a Delaware corporation; and DOES 1-10,<br><br>    Defendants. | Case No.: C 08-01275-RMW<br><br>**DEFENDANTS JDS UNIPHASE CORPORATION'S AND AGILITY COMMUNICATION, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

-1-

Certification of Interested Entities or Persons

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

These representations are made to enable judges of the Court to evaluate possible recusal.

Dated: July 21, 2008                                   FENWICK & WEST LLP


By: s/ Heather N. Mewes
    HEATHER N MEWES

Attorneys for Defendants
JDS UNIPHASE CORPORATION, and
AGILITY COMMUNICATIONS, INC.