| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH, LLP |
| | THOMAS J. FRIEL, JR. (80065) |
| 2 | tfriel@cooley.com |
| | JEFFREY S. KARR (186372) |
| 3 | jkarr@cooley.com |
| | 3000 El Camino Real |
| 4 | Five Palo Alto Square |
| | Palo Alto, CA 94306 |
| 5 | Telephone:   (650) 843-5000 |
| | Facsimile:    (650) 857-0663 |
| 6 | |
| | COOLEY GODWARD KRONISH, LLP |
| 7 | WAYNE O. STACY (pro hac vice) |
| | wstacy@cooley.com |
| 8 | ORION ARMON (pro hac vice) |
| | oarmon@cooley.com |
| 9 | 380 Interlocken Crescent, Suite 900 |
| | Broomfield, CO  80021-8023 |
| 10 | Telephone:   (720) 566-4000 |
| | Facsimile:    (720) 566-4099 |
| 11 | |
| | Attorneys for Plaintiff |
| 12 | BOOKHAM, INC., a Delaware Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOOKHAM, INC., a Delaware Corporation, | Case No.  5:08-CV-01275-RMW |
| Plaintiff, | **NOTICE OF APPEARANCE FOR CHRISTINE K. HSIEH** |
| v. | |
| JDS UNIPHASE CORPORATION, a Delaware Corporation; AGILITY COMMUNICATIONS, INC., a Delaware Corporation; and DOES 1-10, | |
| Defendants. | |

PLEASE TAKE NOTICE that Christine K. Hsieh of the law firm of Cooley Godward Kronish LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, CA 94306, (650) 843-5000, hereby enters her appearance as counsel of record for Plaintiff Bookham, Inc.

Dated: July 22, 2008             COOLEY GODWARD KRONISH LLP


/s/ *Christine K. Hsieh*
Christine Hsieh
Attorneys for Plaintiff
BOOKHAM, INC., a Delaware Corporation