ORIGINAL

Mary V. Sooter
Faegre & Benson LLP
1900 Fifteenth Street
Boulder, Colorado 80302
Telephone: 303-447-7700
Facsimile: 303-447-7800

FILED *Feelaid*

JUL 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOOKHAM, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JDS UNIPHASE CORPORATION, a Delaware corporation;<br>AGILITY COMMUNICATIONS, INC., a Delaware corporation; and DOES 1-10,<br><br>Defendants. | Case No.: C 08-01275-RMW<br><br>APPLICATION FOR ADMISSION OF ATTORNEY MARY V. SOOTER *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, Mary V. Sooter, an active member in good standing of the bar of Colorado, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant JDS Uniphase Corporation in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

-1-

1  Heather N. Mewes
2  Fenwick & West LLP
3  555 California Street, 12th Floor
4  San Francisco, California 94104
5  Telephone: 415-875-2300

6  I declare under penalty of perjury that the foregoing is true and correct.

8  DATED: July 21, 2008.

_____
Mary V. Sooter *(pro hac vice)*