**RECEIVED**

JUL 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BOOKHAM, INC., a Delaware Corporation,

Plaintiff,

v.

JDS UNIPHASE CORPORATION, a Delaware corporation;
AGILITY COMMUNICATIONS, INC., a Delaware corporation; and DOES 1-10,

Defendants.

Case No.: C 08-01275-RMW

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY MARY V. SOOTER *PRO HAC VICE*

Mary V. Sooter, an active member in good standing of the bar of the United States District Court for the District of Colorado, whose business address and telephone number is:

> 1900 Fifteenth Street
>
> Boulder, Colorado 80302
>
> Telephone: 303-447-7700

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant JDS Uniphase Corporation,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filing in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: _____, 2008.

_____
Judge Ronald M. Whyte

fb.us.3036504.01

ORIGINAL