ORIGINAL

**RECEIVED**

JUL 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BOOKHAM, INC., a Delaware Corporation, | Case No.: C 08-01275-RMW |
| Plaintiff, | **(Proposed)** |
| v. | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY NATALIE HANLON-LEH *PRO HAC VICE*** |
| JDS UNIPHASE CORPORATION, a Delaware corporation; AGILITY COMMUNICATIONS, INC., a Delaware corporation; and DOES 1-10, | |
| Defendants. | |

Natalie Hanlon-Leh, an active member in good standing of the bar of the United States District Court for the District of Colorado, whose business address and telephone number is:

    3200 Wells Fargo Center

    1700 Lincoln Street

    Denver, Colorado 80203

    Telephone: 303-607-3500

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant JDS Uniphase Corporation,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filing in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: _____, 2008.

_____
Judge Ronald M. Whyte