ORIGINAL

Fee Paid

David J. F. Gross
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: 612-766-7000
Facsimile: 612-766-1600

**FILED**

JUL 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOOKHAM, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JDS UNIPHASE CORPORATION, a Delaware corporation;<br>AGILITY COMMUNICATIONS, INC., a Delaware corporation; and DOES 1-10,<br><br>    Defendants. | Case No.: C 08-01275-RMW<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY DAVID J. F. GROSS *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, David J. F. Gross, an active member in good standing of the bar of Minnesota, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant JDS Uniphase Corporation in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

-1-

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Heather N. Mewes
>
> Fenwick & West LLP
>
> 555 California Street, 12th Floor
>
> San Francisco, California 94104
>
> Telephone: 415-875-2300

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 21, 2008.

_____
David J.F. Gross (pro hac vice)

fb.us.3036387.01

-2-