ORIGINAL

1  Heather N. Mewes (CSB # 203690)
   hmewes@fenwick.com
2  FENWICK & WEST LLP
3  555 California Street, 12th Floor
   San Francisco, CA 94104
4  Telephone: (415) 875-2300
   Fax: (415) 281-1350
5
   Attorneys for
6  Defendant JDS UNIPHASE CORPORATION

FILED

JUL 2 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| BOOKHAM, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JDS UNIPHASE CORPORATION, a Delaware corporation;<br>AGILITY COMMUNICATIONS, INC., a Delaware corporation; and DOES 1-10,<br><br>Defendants. | Case No.: C 08-01275-RMW<br><br>**PROOF OF SERVICE BY MAIL** |

The undersigned declares as follows:

I am a citizen of the United States and employed in Santa Clara County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, Silicon Valley Center, 801 California Street, Mountain View, California 94041. On the date set forth below, I served a copy of the following document(s):

**1. Application for Admission Pro Hac Vice of David J.F. Gross (and Proposed Order)**
**2. Application for Admission Pro Hac Vice of Timothy E. Grimsrud (and Proposed Order)**

---

PROOF OF SERVICE OF PRO HAC VICE APPLICATIONS

    3. **Application for Admission Pro Hac Vice of Natalie Hanlon-Leh (and Proposed Order)**

    4. **Application for Admission Pro Hac Vice of Mindy Sooter (and Proposed Order)**

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

| | |
|---|---|
| Thomas J. Friel, Jr. | Wayne O. Stacy |
| Jeffrey S. Karr | Orion Armon |
| Cooley, Godward, Kronish LLP | Cooley Godward Kronish, LLP |
| 3000 El Camino Real | 380 Interlocken Crescent, Ste. 900 |
| Five Palo Alto Square | Broomfield, CO 94306 |
| Palo Alto, CA 94306 | |

X  **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: July 21, 2008

*(signature)*
Elizabeth Mancera

PROOF OF SERVICE OF PRO HAC VICE APPLICATIONS