NATALIE HANLON-LEH (*pro hac vice application filed*)
nhanlon-leh@faegre.com
MARY V. SOOTER (*pro hac vice application filed*)
msooter@faegre.com
DAVID J.F. GROSS (*pro hac vice application filed*)
dgross@faegre.com
TIMOTHY E. GRIMSRUD (*pro hac vice application filed*)
tgrimsrud@faegre.com
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Telephone: 303-607-3500
Facsimile: 303-607-3600

HEATHER N. MEWES (CSB No. 203690)
hmewes@fenwick.com
LAUREN E. WHITTEMORE (CSB No. 255432)
lwhittemore@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: 415-875-2300
Facsimile: 415-281.1350

Attorneys for Defendants
JDS Uniphase Corporation and
Agility Communications, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BOOKHAM, INC., a Delaware Corporation,<br><br>　　Plaintiff,<br><br>　v.<br><br>JDS UNIPHASE CORPORATION, a Delaware corporation;<br>AGILITY COMMUNICATIONS, INC., a Delaware corporation; and DOES 1-10,<br><br>　　Defendants. | Case No.: C 08-01275-RMW<br><br>**DEFENDANTS JDS UNIPHASE CORPORATION'S AND AGILITY COMMUNICATION, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**[Civil L.R. 3-12(b)]** |

ADMIN. MOT. TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. C 08-01275-RMW

1    Defendants JDS Uniphase Corporation ("JDSU") and Agility Communications, Inc. ("Agility") hereby file this Administrative Motion to Consider Whether Cases Should Be Related. In particular, Defendants request consideration of whether this case is related to a case filed by JDSU against Cyoptics, Inc. ("Cyoptics") and Syntune AB ("Syntune") on July 21, 2008, in the United States District Court for the Northern District of California, San Jose Division, styled as *JDS Uniphase Corporation v. Syntune AB and Cyoptics, Inc*. Case No. C 08-03498-JL.

JDSU contends that the two actions are related under Civil L.R. 3-12(a). First, both actions concern "substantially the same" property and technology as both actions involve the alleged infringement of three U.S. patents owned by JDSU—namely, U.S. Patent Nos. 6,658,035, 6,654,400, and 6,687,278. These patents pertain to tunable lasers with integrated optical amplifiers. Both cases will require in-depth understanding of the structure, function, and manufacture of these assemblies, which include tunable solid state lasers, the components within the lasers, integrated optical amplifiers, and the shape of the waveguide that is common to both the laser and amplifier—all fabricated in a common epitaxial structure.

Second, JDSU contends that it is likely that there will be an unduly burdensome duplication of labor and expense and the possibility of conflicting results if the cases are conducted before different Judges. As mentioned, both cases involve the same three U.S. patents owned by JDSU. Moreover, both cases involve allegations that tunable laser products manufactured or marketed by Bookham, Cyoptics, and Syntune, respectively, infringe claims of the three patents. Accordingly, JDSU contends that it would be an unduly burdensome duplication of labor and expense for these two cases to proceed before two different Judges. Moreover, given that both cases will likely require rulings on common issues, such as the interpretation of the invention claimed in the three patents, there is a likelihood of conflicting results if the two cases proceed before different Judges.

Accordingly, for the foregoing reasons, JDSU requests that the Court order that this case is related to the case of *JDS Uniphase Corporation v. Syntune AB and Cyoptics, Inc*. within the meaning of Local Rule 3-12.

Respectfully submitted:

Dated: July 25, 2008                                        FENWICK & WEST LLP


                                                            By: /s/ Heather N. Mewes

                                                            Attorneys for Plaintiff
                                                            JDS UNIPHASE CORPORATION.

-2-
ADMIN. MOT. TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. C 08-01275-RMW