NATALIE HANLON-LEH (*pro hac vice application filed*)
nhanlon-leh@faegre.com
DAVID J.F. GROSS (*pro hac vice application filed*)
dgross@faegre.com
MARY V. SOOTER (*pro hac vice application filed*)
msooter@faegre.com
TIMOTHY E. GRIMSRUD (*pro hac vice application filed*)
tgrimsrud@faegre.com
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Telephone: 303-607-3500
Facsimile: 303-607-3600

HEATHER N. MEWES (CSB No. 203690)
hmewes@fenwick.com
LAUREN E. WHITTEMORE (CSB No. 255432)
lwhittemore@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: 415-875-2300
Facsimile: 415-281.1350

Attorneys for Defendants
JDS Uniphase Corporation and
Agility Communications, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BOOKHAM, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JDS UNIPHASE CORPORATION, a Delaware corporation;<br>AGILITY COMMUNICATIONS, INC., a Delaware corporation; and DOES 1-10,<br><br>Defendants. | Case No.: C 08-01275-RMW<br><br>**DECLARATION OF MARY V. SOOTER IN SUPPORT OF DEFENDANTS JDS UNIPHASE CORPORATION AND AGILITY COMMUNICATIONS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[Civil L.R. 3-12(b)] |

I, Mary V. Sooter, hereby declare as follows:

1. I am an associate of the law firm of firm Faegre & Benson LLP, counsel to defendants JDS Uniphase Corporation ("JDSU") and Agility Communications, Inc. ("Agility") in the above captioned action. I am a member of the bar of the State of Colorado and have filed an application for admission *pro hac vice* in this action. I submit this declaration in support of JDSU and Agility's Administrative Motion to Consider Whether Cases Should Be Related.

2. On July 23, 2008, counsel for JDSU and Agility conferred via teleconference with Wayne Stacy, counsel for the plaintiff Bookham, Inc., about JDSU and Agility's Administrative Motion to Consider Whether Cases Should Be Related.

3. Mr. Stacy declined to stipulate to JDSU and Agility's Administrative Motion to Consider Whether Cases Should Be Related.

4. Mr. Stacy based his declination to stipulate to JDSU and Agility's Administrative Motion to Consider Whether Cases Should Be Related on lack of sufficient information about and knowledge of Cyoptics, Inc. and Syntune, AB's products and businesses.

5. Mr. Stacy stated he did not intend to oppose JDSU and Agility's Administrative Motion to Consider Whether Cases Should Be Related.

Dated: July 25, 2008

FAEGRE & BENSON LLP

By: /s/ Mary V. Sooter
Mary V. Sooter

Attorney for Defendants
JDS UNIPHASE CORPORATION, and
AGILITY COMMUNICATIONS, INC.

fb.us.3088715.01

-2-
SOOTER DECL ISO DEFENDANTS' ADMIN. MOT. TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. C 08-01275-RMW

**ATTESTATION**

I, Heather N. Mewes, attest that concurrence in the filing of this document has been obtained by Mary V. Sooter, counsel for Defendants JDS Uniphase Corporation and Agility Communications, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of July 2008 in Mountain View, California.

By: /s/ Heather N. Mewes
Heather N. Mewes