NATALIE HANLON-LEH (*pro hac vice application filed*)
nhanlon-leh@faegre.com
MARY V. SOOTER (*pro hac vice application filed*)
msooter@faegre.com
DAVID J.F. GROSS (*pro hac vice application filed*)
dgross@faegre.com
TIMOTHY E. GRIMSRUD (*pro hac vice application filed*)
tgrimsrud@faegre.com
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Telephone: 303-607-3500
Facsimile: 303-607-3600

HEATHER N. MEWES (CSB No. 203690)
hmewes@fenwick.com
LAUREN E. WHITTEMORE (CSB No. 255432)
lwhittemore@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: 415-875-2300
Facsimile: 415-281.1350

Attorneys for Defendants
JDS Uniphase Corporation and
Agility Communications, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BOOKHAM, INC., a Delaware Corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>JDS UNIPHASE CORPORATION, a Delaware corporation;<br>AGILITY COMMUNICATIONS, INC., a Delaware corporation; and DOES 1-10,<br><br>     Defendants. | Case No.: C 08-01275-RMW<br><br>**[PROPOSED] ORDER GRANTING ADMINSTRATIVE MOTION AND RELATING CASES** |

[PROPOSED] ORDER GRANTING ADMIN. MOT.
CASE NO. C 08-01275-RMW

1  Defendants JDS Uniphase Corporation's ("JDSU") and Agility Communications, Inc.'s
2  ("Agility") Administrative Motion to Consider Whether Cases Should Be Related having come
3  before the Court based upon the papers submitted by the parties, the Court finds good cause for
4  granting the motion.
5  IT IS HEREBY ORDERED THAT the above caption case is related to the case of *JDS*
6  *Uniphase Corporation v. Syntune AB and Cyoptics, Inc*. Case No. C 08-03498-JL within the
7  meaning of Local Rule 3-12.
8  **IT IS SO ORDERED**.

Dated: _____, 2008

Hon. Ronald M. Whyte
United States District Court Judge

fb.us.3079464.01

[PROPOSED] ORDER GRANTING ADMIN. MOT.
CASE NO. C 08-01275-RMW