**FILED**
JUL 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BOOKHAM, INC., a Delaware Corporation,

    Plaintiff,

v.

JDS UNIPHASE CORPORATION, a Delaware corporation; AGILITY COMMUNICATIONS, INC., a Delaware corporation; and DOES 1-10,

    Defendants.

Case No.: C 08-01275-RMW

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY NATALIE HANLON-LEH *PRO HAC VICE*

Natalie Hanlon-Leh, an active member in good standing of the bar of the United States District Court for the District of Colorado, whose business address and telephone number is:

    3200 Wells Fargo Center

    1700 Lincoln Street

    Denver, Colorado 80203

    Telephone: 303-607-3500

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant JDS Uniphase Corporation,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filing in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: __7/24__, 2008.

*Ronald M. Whyte*
Judge Ronald M. Whyte