RECEIVED
JUL 2 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

FILED
JUL 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOOKHAM, INC., a Delaware Corporation, | Case No.: C 08-01275-RMW |
| Plaintiff, | (~~Proposed~~) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY TIMOTHY E. GRIMSRUD *PRO HAC VICE* |
| v. | |
| JDS UNIPHASE CORPORATION, a Delaware corporation; AGILITY COMMUNICATIONS, INC., a Delaware corporation; and DOES 1-10, | |
| Defendants. | |

Timothy E. Grimsrud, an active member in good standing of the bar of the United States District Court for the District of Minnesota, whose business address and telephone number is:

2200 Wells Fargo Center

90 South Seventh Street

Minneapolis, Minnesota 55402

Telephone: 612-766-7000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant JDS Uniphase Corporation,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filing in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: 7/24, 2008.

*Ronald M. Whyte*
Judge Ronald M. Whyte

fb.us.3036532.01