

FILED

JUL 24 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED

JUL 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

BOOKHAM, INC., a Delaware Corporation,

    Plaintiff,

v.

JDS UNIPHASE CORPORATION, a Delaware corporation;
AGILITY COMMUNICATIONS, INC., a Delaware corporation; and DOES 1-10,

    Defendants.

Case No.: C 08-01275-RMW

(Proposed)

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY DAVID J. F. GROSS** *PRO HAC VICE*

David J. F. Gross, an active member in good standing of the bar of the United States District Court for the District of Minnesota, whose business address and telephone number is:

    2200 Wells Fargo Center

    90 South Seventh Street

    Minneapolis, Minnesota 55402

    Telephone: 612-766-7000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant JDS Uniphase Corporation,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filing in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: 7/24, 2008.

*Ronald M. Whyte*
Judge Ronald M. Whyte

fb.us.3036524.01