COOLEY GODWARD KRONISH, LLP
THOMAS J. FRIEL, JR. (80065)
tfriel@cooley.com
JEFFREY S. KARR (186372)
jkarr@cooley.com
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306
Telephone:   (650) 843-5000
Facsimile:    (650) 857-0663

COOLEY GODWARD KRONISH, LLP
WAYNE O. STACY (pro hac vice)
wstacy@cooley.com
ORION ARMON (pro hac vice)
oarmon@cooley.com
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021-8023
Telephone:   (720) 566-4000
Facsimile:    (720) 566-4099

Attorneys for Plaintiff
BOOKHAM, INC., a Delaware Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOOKHAM, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JDS UNIPHASE CORPORATION,<br>a Delaware Corporation;<br>AGILITY COMMUNICATIONS, INC.,<br>a Delaware Corporation; and DOES 1-10,<br><br>Defendants. | Case No.  5:08-CV-01275-RMW<br><br>**PROOF OF SERVICE** |

I am a citizen of the United States and a resident of the State of Colorado. I am admitted *pro hac vice* to practice before this Court. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, 380 Interlocken

Crescent, 9th Floor, Broomfield, Colorado 80021. On the date set forth below I served the documents described below in the manner described below:

**BOOKHAM, INC.'S RULE 26(A)(1) DISCLOSURES**

☐ (BY U.S. MAIL – CCP § 1013a(1)) I am personally and readily familiar with the business practice of Cooley Godward LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Broomfield, Colorado.

☐ (BY MESSENGER SERVICE – CCP § 1011) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE – CCP § 1013(e)) I am personally and readily familiar with the business practice of Cooley Godward LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL – CCP § 1013(c)) I am personally and readily familiar with the business practice of Cooley Godward LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for Saturday Delivery.

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

| | |
|---|---|
| NATALIE HANLON-LEH<br>nhanlon-leh@faegre.com<br>MARY V. SOOTER<br>msooter@faegre.com<br>DAVID J.F. GROSS<br>dgross@faegre.com<br>TIMOTHY E. GRIMSRUD<br>tgrimsrud@faegre.com<br>FAEGRE & BENSON LLP<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, Colorado 80203<br>Telephone: 303-607-3500<br>Facsimile: 303-607-3600<br><br>Attorneys for Defendants<br>JDS Uniphase Corporation and<br>Agility Communications, Inc. | HEATHER N. MEWES (CSB No. 203690)<br>hmewes@fenwick.com<br>LAUREN E. WHITTEMORE (CSB No. 255432)<br>lwhittemore@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, California 94104<br>Telephone: 415-875-2300<br>Facsimile: 415-281-1350<br><br>Attorneys for Defendants<br>JDS Uniphase Corporation and<br>Agility Communications, Inc. |

1   I declare under penalty of perjury under the laws of the State of Colorado that the above
2   is true and correct.
3   Executed on August 5, 2008, at Broomfield, Colorado.

5                                                               /s/ *Orion Armon*
6                                                               Orion Armon

306029 v1/CO