1  NATALIE HANLON-LEH (*Admitted pro hac vice*)
   nhanlon-leh@faegre.com
2  MARY V. SOOTER (*Admitted pro hac vice*)
   msooter@faegre.com
3  DAVID J.F. GROSS (*Admitted pro hac vice*)
   dgross@faegre.com
4  TIMOTHY E. GRIMSRUD (*Admitted pro hac vice*)
   tgrimsrud@faegre.com
5  FAEGRE & BENSON LLP
   3200 Wells Fargo Center
6  1700 Lincoln Street
   Denver, Colorado 80203
7  Telephone: 303-607-3500
   Facsimile: 303-607-3600

9  CHARLENE MORROW (CSB No. 136411)
   cmorrow@fenwick.com
10 HEATHER N. MEWES (CSB No. 203690)
   hmewes@fenwick.com
11 LAUREN E. WHITTEMORE (CSB No. 255432)
   lwhittemore@fenwick.com
12 FENWICK & WEST LLP
   555 California Street, 12th Floor
13 San Francisco, California 94104
   Telephone: 415-875-2300
14 Facsimile: 415-281.1350

15 Attorneys for Defendants
   JDS Uniphase Corporation and
16 Agility Communications, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BOOKHAM, INC., a Delaware Corporation, | Case No.: C 08-01275-RMW |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF JDS UNIPHASE CORPORATION AND AGILITY COMMUNICATIONS, INC.** |
| JDS UNIPHASE CORPORATION, a Delaware corporation; AGILITY COMMUNICATIONS, INC., a Delaware corporation; and DOES 1-10, | |
| Defendants. | |

NOTICE OF APPEARANCE OF COUNSEL
CASE NO. C 08-01275-RMW

1   Charlene Morrow, Esq. of the law office of Fenwick & West LLP, hereby enters her
2   appearance in the above-captioned case on behalf of JDS Uniphase Corporation and Agility
3   Communications, Inc.

4   For purposes of receipt of Notices of Electronic Filing, the e-mail address for Fenwick &
5   West attorney Charlene Morrow is:  cmorrow@fenwick.com

FENWICK & WEST LLP

Dated: August 5, 2008                         By:  /s/ *Charlene Morrow*

CHARLENE MORROW (CSB No. 136411)
cmorrow@fenwick.com
HEATHER N. MEWES (CSB No. 203690)
hmewes@fenwick.com
LAUREN E. WHITTEMORE (CSB No. 255432)
lwhittemore@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: 415-875-2300
Facsimile: 415-281.1350

Attorneys for Defendants
JDS Uniphase Corporation and
Agility Communications, Inc

NOTICE OF APPEARANCE OF COUNSEL
CASE NO. C 08-01275-RMW