UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: August 8, 2008

Case No. C-08-01275-RMW    JUDGE: Ronald M. Whyte

BOOKHAM, INC.                -V- JDS UNIPHASE CORPORATION, et al.
Title

T. Friel, Jr., K. Rundle              N. Leh, M. Sooter, C. Morrow, J. Chan
Attorneys Present (Plaintiff)         Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia          COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. The Court to relate case no. C-08-03498 to this matter. It is the Court's intent to consolidate the matters up through claims construction. The Court will continue this matter to bring the other parties into this matter. A Further Case Management Conference is set for 10/10/08 @ 10:30 AM.